1058

Ralph A. BEATON et al., Plaintiffs in Error, v. Lawton McFARLAND et al., Defendants in Error.

No. 7577.

Supreme Court of Texas.

Jan. 3, 1940.

Hamilton, Lipscomb, Wood & Swift, of Dallas, for Beaton.

Touchstone, Wight, Gormley, Strasburger & Price, of Dallas, for Flippen.

Frank Wilson and J. L. Zumwalt, both of Dallas, for defendants in error.

CRITZ, Justice.

The opinion of the Court of Civil Appeals, which is reported at 126 S.W.2d 719, correctly states the record and the law questions involved in this case, and correctly decides such law questions. Fidelity Union Insurance Co. v. Tate Hutchins et al., Tex.Sup., 133 S.W.2d 105.

In the case just cited we, in principle, fully discussed and decided the law questions involved in the retrial of this case. As we interpret it, the opinion of the Court of Civil Appeals in this case is in harmony with our opinion in the Hutchins case. We therefore adopt the opinion of the Court of Civil Appeals as so interpreted.

The judgment of the Court of Civil Appeals, which reverses the judgment of the district court and remands the cause to the district court for trial on its merits, is affirmed.

S. E. LANE, Plaintiff in Error, v. COMMUNITY NATURAL GAS COMPANY, Defendant in Error.

Application No. 24650.

Supreme Court of Texas.

Jan. 10, 1940.

Ned Elnor Moore and DeWitt Bowmer, both of Temple, for plaintiff in error.

Thompson, Knight, Baker, Harris & Wright and Pinkney Grissom, all of Dallas, and Cox & Brown and W. R. Brown, all of Temple, for defendant in error.

PER CURIAM.

The application for writ of error is dismissed for want of jurisdiction, correct judgment. In entering such order we do not approve the holding of the Court of Civil Appeals, 133 S.W.2d 200, that the trial court should have sustained an objection made to the special issue upon the amount of recovery for its failure "to give the jury the elements of expense to which the plaintiff would be subjected during her lifetime in providing for her maintenance and support, probable illness or other proper and natural items of expense in connection therewith." We do not believe that the holding is supported by the authority cited for it.

Marvin HEADRICKS, Appellant, v. STATE of Texas, Appellee.

No. 20840.

Court of Criminal Appeals of Texas.

Dec. 13, 1939.

Joe J. Newman, of Trinity, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for assault with intent to murder, punishment assessed being two years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal, and at his request the same is dismissed.